UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMANDA DANTONI, et al. | CIVIL ACTION |
| VERSUS | NO: 24-01463 |
| FCA US, LLC, et al. | SECTION: T (2) |

## JUDGMENT

The Court this date granted Defendant FCA US, LLC's Motion to Dismiss and dismissed the claims of Plaintiffs Amanda Dantoni and Christopher Carroll. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant FCA US, LLC and against Plaintiffs dismissing their claims.

New Orleans, Louisiana, this 8th day of January 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE